UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 4, 2007

Eastern District Court of California
501 I Street
Sacramento, CA 95814-7300

RE: CV 07-04520 MJJ  LATRAYL D ARTHER-v-BOARD OF PAROLE HEARINGS

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Simone Voltz*

by:  Simone Voltz
Case Systems Administrator

Enclosures
Copies to counsel of record